RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/23/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| FRANK J. HAYWARD, ET. AL. | * | CIVIL ACTION NO. 06-1857 |
| VERSUS | * | JUDGE HAIK |
| UNITED STATES OF AMERCIA | * | MAG. JUDGE HILL |

## ORDER

Upon considering the unopposed Motion to Dismiss by the United States of America;

**IT IS HEREBY ORDERED** that the Motion to Dismiss by the United States of America (Doc.#7) is **GRANTED**.

**IT IS FURTHER ORDERED** that the above captioned case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that any and all pending motions filed by either party is **MOOT**.

THUS DONE AND SIGNED in Lafayette, Louisiana, on the 23rd day of July, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA